**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6770**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIAM A. WHITE,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:13-cr-00013-EKD-1)

─────────────

Submitted:  April 20, 2023                                    Decided:  April 24, 2023

─────────────

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William A. White, Appellant Pro Se.  Jonathan Patrick Jones, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  We have reviewed the record and find no abuse of discretion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (providing standard).  Accordingly, we affirm the district court's order. *United States v. White*, No. 7:13-cr-00013-EKD-1 (W.D. Va. May 12, 2022).  We deny as moot White's motion to remand to the district court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*